IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:04CV207

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff<br><br>and<br><br>PAULA THOMPSON,<br>    Plaintiff- Intervenor<br><br>vs.<br><br>WELBORNE AUTOMOTIVE, INC.<br>formerly known as<br>NISSAN OF HICKORY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ALLOWING INTERVENTION

This matter is before the Court on the motion of Paula Thompson to intervene in this action. Section 706(f)(1) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1), confers on her an absolute right to intervene as a party aggrieved, and the motion will therefore be allowed.

IT IS THEREFORE ORDERED, pursuant to Rule 24(a), F.R.Civ.P., that Paula Thompson be permitted to intervene as a plaintiff in this action, that the Complaint in Intervention be filed, and that the Defendants answer the Complaint in Intervention within 20 days from the date of filing this Order.

This the 8th day of September 2005.

_____
United States Magistrate Judge