IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:04CV207-V

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>Plaintiff, )<br>)<br>and )<br>)<br>PAULA THOMPSON, )<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>WELBORNE AUTOMOTIVE, INC. )<br>formerly known as NISSAN OF HICKORY, )<br>INC., )<br>Defendant. ) | **O R D E R** |

**THIS MATTER** is before the Court upon an informal request made on behalf of the parties, and communicated to chambers' staff and to the Court by EEOC Counsel, Kerith Cohen, for the scheduling of a judicial settlement conference.

**IT IS HEREBY ORDERED THAT:**

1) The parties shall participate in a judicial settlement conference with U.S. Magistrate Judge David C. Keesler on **Friday, January 4, 2008 at 9:30 a.m. in Courtroom 3 (2nd floor)** of the Charles R. Jonas Federal Building, Charlotte, North Carolina;

2) Each party shall submit a confidential statement, (ten pages or less), to Magistrate Judge Keesler on or before **Friday, December 28, 2007**, summarizing the case and outlining what counsel and their respective clients hope to accomplish during the settlement conference.

1

This confidential statement should be sent directly to the Chambers of Magistrate Judge Keesler, Suite 168, Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC 28202, and shall not be filed with the Court;

3) The parties will be required to appear at Calendar Call for the January 7, 2008 trial term in the Statesville Division <u>unless the parties reduce the terms of settlement to writing and file a Stipulation of Dismissal with the Court before the close of business on January 4, 2008</u>;

4) If this matter is not settled, jury selection will commence on **Tuesday, January 8, 2008**, and the presentation of evidence will begin **no sooner than Monday, January 14, 2008**; and

5) Notwithstanding the settlement conference, the parties shall comply with all pretrial filing deadlines as if the case is proceeding to trial during the January 2008 term, <u>with all deadlines calculated by treating January 14, 2008 as the first day of trial</u>.

Signed: December 5, 2007

Richard L. Voorhees
United States District Judge